*McLester, Jr., Henry W. Anderson, George D. Gibson, W. A. W. Stewart, Arthur A. Gammell, John W. Drye, Jr.* and *George L. Shearer* for petitioners. Messrs. *William V. Hodges* and *Frank C. Nicodemus, Jr.* for the Denver & Rio Grande Western Railroad Co., and Messrs. *Edward E. Watts, Jr.* and *Peter H. Holme* for the City Bank Farmers Trust Co., respondents. Reported below: 150 F. 2d 28.

No. 289. ALLEN, COLLECTOR OF INTERNAL REVENUE, *v.* TRUST COMPANY OF GEORGIA ET AL., EXECUTORS. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Acting Solicitor General Judson* for petitioner. Messrs. *John A. Sibley* and *Furman Smith* for respondents.

No. 309. UNEMPLOYMENT COMPENSATION COMMISSION OF ALASKA ET AL. *v.* ARAGON ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. Messrs. *E. Coke Hill, Marshall P. Madison* and *Francis R. Kirkham* for petitioners. Mr. *Herbert Resner* for respondents.

No. 318. SOCIAL SECURITY BOARD *v.* NIEROTKO. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Acting Solicitor General Judson* for petitioner. Messrs. *Ernest Goodman* and *Morton A. Eden* for respondent.

No. 365. SEAS SHIPPING CO., INC. *v.* SIERACKI. October 8, 1945. Petition for writ of certiorari to the Circuit